UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:02CR00137-001H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| TERRENCE BURDEN, | ) | |

It now appearing to the court that the said Terrence Burden died on or about August 20, 2008. At which time a remaining liability existed in the amount of $2,050.00.

**THEREFORE,** the court does find and conclude that the judgment did abate with the death of said debtor.

This the __24th__ day of __January__, 2013.

MALCOLM J. HOWARD
U.S. District Court Judge